IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVEN TURNER, § § *Plaintiff / Counterclaim Defendant*, § § § vs. § § GERALD YOUNG and § HOPEWELL RISK STRATEGIES, § LLC, § § *Defendants / Counterclaim Plaintiffs*, § § vs. § § CPST, INC. and HEALTH COST § CONTROL, INC., § § *Counterclaim Defendants.* § | CIVIL ACTION NO. 4:15-cv-3152 |

## NOTICE OF APPEAL

Notice is hereby given that Defendants / Counterclaim Plaintiffs Hopewell Risk Strategies, LLC ("Hopewell") and Gerald Young ("Young") (collectively, the "Hopewell Parties") hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on May 31, 2017. This Court previously extended the deadline to file a notice of appeal to July 30, 2017. (Docket Entry No. 48.)

Dated: July 28, 2017

*Respectfully submitted*,

   */s/ Hiren P. Patel*
Hiren P. Patel
Southern District ID No. 608956
Texas Bar No. 24056098
1113 Vine Street, Suite 230
Houston, Texas 77002
Telephone: (713) 579-9700
Facsimile: (832) 460-6530
Email:  hpatel@patelervin.com

**Attorney-in-Charge for Gerald Young and Hopewell Risk Strategies, LLC**

## CERTIFICATE OF SERVICE

I certify that on July 28, 2017, a true and correct copy of this document was served on the following attorney-in-charge through the CM/ECF system, which will automatically serve a Notice of Electronic Filing.

Mr. Josh Borsellino
1020 Macon Street, Suite 15
Fort Worth, Texas 76006
Phone: (817) 908-9861
Facsimile: (817) 394-2412
Email: josh@dfwcounsel.com

   */s/ Hiren P. Patel*
Hiren P. Patel